1  DANIEL J. BRODERICK, #89424
   Acting Federal Defender
2  CARRIE S. LEONETTI, Maryland Bar
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  PHYLLIS KATHLEEN JACKSON

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        )  NO. 1:06-cr-00118 OWW
                                      )
11 |         Plaintiff,                )  STIPULATION TO CONTINUE STATUS
                                      )  CONFERENCE HEARING; AND ORDER
12 |    v.                             )  THEREON
                                      )
13 | PHYLLIS KATHLEEN JACKSON,        )  Date:  June 12, 2006
                                      )  Time:  1:30 p.m.
14 |         Defendant.                )  Judge: Hon. Oliver W. Wanger
                                      )
15 | _____  )

16        IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

17 attorneys of record herein, that the Status Conference Hearing, in the above captioned matter, scheduled

18 for May 26, 2006,  may be continued to **June 12, 2006 at 1:30 p.m.**

19        The continuance sought is at the request of defense counsel to allow her client additional time to

20 consider a plea offer.

21        The parties agree that the delay resulting from the continuance shall be excluded in the interests of

22 justice, including but not limited to, the need for the period of time set forth herein for further plea

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1 | negotiations pursuant to 18 U.S.C. §3161(h)(8)(A).

2 | DATED:  May 17, 2006         McGREGOR W. SCOTT
  | United States Attorney

/s/ Stanley A. Boone
STANLEY A. BOONE
Assistant U.S. Attorney
Attorney for Plaintiff

DATED:  May 17, 2006         DANIEL J. BRODERICK
Acting Federal Defender

/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:   May 19, 2006**            **/s/ Oliver W. Wanger**
emm0d6                               UNITED STATES DISTRICT JUDGE